# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:05CR1034     Recorder: CS 11/28/2005     Date: 11/28/2005

Present: The Honorable Jennifer T. Lum, U.S. Magistrate Judge

Court Clerk: Maria Cortez                Assistant U.S. Attorney: Wesley Hsu & Rosalind Wang

| United States of America v. | Attorney Present for Defendant | Language(s) | Interpreter |
|---|---|---|---|
| MICHAEL J. FOUSSE<br>Bond - Present | Philip Deitch<br>PANEL - Previously Appointed | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information, acknowledges receipt of a copy and waives reading thereof.

Other: Class A Misdemeanor case. Defendant consents to proceed before a United States Magistrate Judge in a class A Misdemeanor case. Defendant consents to waive right to jury trial. Defendant consents to waive right to have thirty (30) days to prepare for trial. This case is assigned to Magistrate Judge Fernando M. Olguin for the plea and for all further proceedings. Counsel is to contact the clerk to Magistrate Judge Olguin for scheduling of the plea. It is so ordered. Government has stated that they will file with the court a Notice of Related case relating to case number CR 05-1032 CT.

0 : 4
Initials of mc
Deputy
Clerk:

cc: CJA Supv. Attorney, PSA, Statistics Clerk, USM LA



DEC - 6 2005

