P-SEND

ORIGINAL

FILED
CLERK, U S DISTRICT COURT
DEC 19 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR 05-1034 FMO |
| v. | |
| Michael Fousse | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Criminal Case) |
| DEFENDANT(S). | |

The above-entitled case may be related to case number: __CR 05-930 CW__,
case title: __United States of America v. Albert James Valente__
because of the reason(s) set forth in the attached Notice of Related case.

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

__Dec. 16, 2005__                              _/s/ Carla M. Woehrle_
Date                                           Carla M. Woehrle
                                               United States Magistrate Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

ENTERED ON ICMS
DEC 20 2005

_____                               _____
Date                                           United States District Judge

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials __CW__ after the case number in place of the initials of the prior judge, so that the case number will read __CR 05-1034 CW__.
This is very important because documents are routed to the assigned judges by means of these initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☑ Western   ☐ Southern   ☐ Eastern Division.

Subsequent documents must be filed at the: ☑ Western   ☐ Southern   ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.

cc: ☑ PSALA   ☐ PSASA   ☐ PSAED   ☑ USMLA   ☐ USMSA   ☐ USMED   ☑ Judge   ☑ Statistics Clerk

CR-59 (07/05)        ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Criminal Case)