```
                                                                    SEND
 1  DEBRA WONG YANG
    United States Attorney
 2  THOMAS P. O'BRIEN
    Assistant United States Attorney
 3  Chief, Criminal Division
    BRIAN M. HOFFSTADT (Cal. Bar No. 187003)
 4  Assistant United States Attorneys
         1200 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone:  (213) 894-6482
         E-mail: brian.hoffstadt@usdoj.gov
 7
    Attorneys for Plaintiff
 8  UNITED STATES OF AMERICA

 9                    UNITED STATES DISTRICT COURT

10                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,    )  NOS. CR 05-930-CW  (M)
                                 )       CR 05-1032-CW (M)
12              Plaintiff,        )       CR 05-1033-CW (M)
                                 )       CR 05-1034-CW (M)
13         v.                     )       CR 05-1035-CW (M)
                                 )       CR 05-1036-CW (M)
14  ALBERT VALENTE,              )       CR 05-1037-CW (M)
    RAMON VALDEZ,                )
15  JESSIE LUMADA,               )  STIPULATION REGARDING CONTINUANCE
    MICHAEL FOUSSE,              )  OF TRIAL DATE AND EXCLUDABLE TIME
16  DWIGHT SITYAR,               )  PERIODS UNDER SPEEDY TRIAL ACT;
    STEPHANI GIMA, and           )  [PROPOSED] FINDINGS AND ORDER
17  JOEL DIMAANO                 )
                                 )
18              Defendants.       )
    _____)
19
20       Plaintiff United States of America, by and through its
21  counsel of record, the United States Attorney for the Central
22  District of California, and defendants Albert Valente, Ramon
23  Valdez, Jessie Lumada, Michael Fousse, Dwight Sityar, Stephani
24  Gima, and Joel Dimaano, by and through their respective counsel
25  of record, respectively, hereby stipulate as follows:
26       1.   The Informations in this case were filed on October 25,
27  2005.  Defendant Sityar first appeared before a judicial officer
28  in the Central District of California, and was arraigned, on
```




November 21, 2005. Defendants Valdez, Lumada, Fousse, Gima and Dimaano first appeared before a judicial officer in the Central District of California, and were arraigned, on November 28, 2005. Defendant Valente first appeared before a judicial officer in the court in the Central District of California, and was arraigned, on December 12, 2005. The Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., originally required that the trial commence against these defendants, at best, on or before January 30, 2006.

  2. No initial trial date was set.

  3. By this stipulation, the parties jointly move for findings of excludable time necessary to permit the continuance of proceedings from December 12, 2005 -- the date of assignment of these matters to the Honorable Carla Woehrle -- until January 24, 2006.

  4. The parties agree and stipulate, and request that the court find the following:

    a) This case involves the transfer of electronic media -- namely, CDs and DVDs containing a copy of *Star Wars: Episode III -- Revenge of the Sith*. The government has disclosed discovery to each defendant, which, among other things, consists of interview summaries and other written statements.

    b) The various counsel in this case, including government and defense counsel, have met and discussed possible dispositions to the various cases; by and large, the parties in each of the cases have reached agreement. Counsel for each defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary to prepare his or her client, and to appear at, a consolidated plea

hearing for each of the defendants. The government does not object to the continuance.

    c) Each defense counsel has consulted his client, and each defendant concurs in the proposed continuance of the trial date.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between December 12, 2005, and January 24, 2006, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) because it results from a continuance granted by the judge at the defendant's request without government objection on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. The parties agree and stipulate and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act

////
////
////
////
////
////
////

dictate that additional time periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

12-28-05
DATE

BRIAN M. HOFFSTADT
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

_____
DATE

WILLIAM PITMAN

Attorney for Defendant
Albert Valente

_____
DATE

ERROL STAMBLER

Attorney for Defendant
Ramon Valdez

_____
DATE

KIM SAVO
Deputy Federal Public Defender

Attorney for Defendant
Jessie Lumada

_____
DATE

PHIL DEITCH

Attorney for Defendant
Michael Fousse

1 dictate that additional time periods are excludable from the
2 period within which trial must commence.
3    IT IS SO STIPULATED.

4                              DEBRA WONG YANG
                               United States Attorney
5
                               THOMAS P. O'BRIEN
6                              Assistant United States Attorney
                               Chief, Criminal Division
7

8  _____            _____
   DATE                      BRIAN M. HOFFSTADT
9                            Assistant United States Attorneys

10                           Attorneys for Plaintiff
                             United States of America
11
      12/18/05               _____S. P_____
12 _____
   DATE                      WILLIAM PITMAN
13
                             Attorney for Defendant
14                           Albert Valente

15

16 _____            _____
   DATE                      ERROL STAMBLER
17
                             Attorney for Defendant
18                           Ramon Valdez

19
   _____            _____
   DATE                      KIM SAVO
20                           Deputy Federal Public Defender

21                           Attorney for Defendant
                             Jessie Lumada
22

23 _____            _____
   DATE                      PHIL DEITCH
24
                             Attorney for Defendant
25                           Michael Fousse

26

27

28

                                  4

```
 1  dictate that additional time periods are excludable from the
 2  period within which trial must commence.
 3       IT IS SO STIPULATED.
 4                              DEBRA WONG YANG
                                United States Attorney
 5
                                THOMAS P. O'BRIEN
 6                              Assistant United States Attorney
                                Chief, Criminal Division
 7
 8  _____                 _____
    DATE                        BRIAN M. HOFFSTADT
 9                              Assistant United States Attorneys
10                              Attorneys for Plaintiff
                                United States of America
11
12  _____                 _____
    DATE                        WILLIAM PITMAN
13
                                Attorney for Defendant
14                              Albert Valente
15     12/15/05                 [signature]
16  DATE                        ERROL STAMBLER
17                              Attorney for Defendant
                                Ramon Valdez
18
19
    _____                 _____
20  DATE                        KIM SAVO
                                Deputy Federal Public Defender
21
                                Attorney for Defendant
22                              Jessie Lumada
23
    _____                 _____
24  DATE                        PHIL DEITCH
25                              Attorney for Defendant
                                Michael Fousse
26
27
28
                                    4
```

1 dictate that additional time periods are excludable from the
2 period within which trial must commence.
3     IT IS SO STIPULATED.

```
                              DEBRA WONG YANG
                              United States Attorney

                              THOMAS P. O'BRIEN
                              Assistant United States Attorney
                              Chief, Criminal Division


_____                  _____
DATE                          BRIAN M. HOFFSTADT
                              Assistant United States Attorneys

                              Attorneys for Plaintiff
                              United States of America


_____                  _____
DATE                          WILLIAM PITMAN

                              Attorney for Defendant
                              Albert Valente


_____                  _____
DATE                          ERROL STAMBLER

                              Attorney for Defendant
                              Ramon Valdez

 12/19/05                     _____
_____                  KIM SAVO
DATE                          Deputy Federal Public Defender

                              Attorney for Defendant
                              Jessie Lumada


_____                  _____
DATE                          PHIL DEITCH

                              Attorney for Defendant
                              Michael Fousse
```

4

dictate that additional time periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

_____
DATE

BRIAN M. HOFFSTADT
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

_____
DATE

WILLIAM PITMAN

Attorney for Defendant
Albert Valente

_____
DATE

ERROL STAMBLER

Attorney for Defendant
Ramon Valdez

_____
DATE

KIM SAVO
Deputy Federal Public Defender

Attorney for Defendant
Jessie Lumada

*12-14-05*
_____
DATE

PHIL DEITCH

Attorney for Defendant
Michael Fousse

4

| | |
|---|---|
| 12-14-05 | *Anthony M Solis* (signature) |
| DATE | ANTHONY SOLIS |
| | Attorney for Defendant Dwight Sityar |
| _____ | _____ |
| DATE | DAVID KALOYANIDES |
| | Attorney for Defendant Stephani Gima |
| _____ | _____ |
| DATE | BRIAN NEWMAN |
| | Attorney for Defendant Joel Dimaano |

## O R D E R

IT IS SO FOUND AND ORDERED this _____ day of _____, 2005.

_____
HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

5

```
_____          _____
DATE                         ANTHONY SOLIS

                             Attorney for Defendant
                             Dwight Sityar


12-23-05                     David Kaloyanides  per BMH
_____          _____
DATE                         DAVID KALOYANIDES        (telephonic
                                                      authorization)
                             Attorney for Defendant
                             Stephani Gima


_____          _____
DATE                         BRIAN NEWMAN

                             Attorney for Defendant
                             Joel Dimaano
```

O R D E R

IT IS SO FOUND AND ORDERED this 28th day of _____, 2005.

_____
HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

5

|   |   |
|---|---|
| _____ | _____ |
| DATE | ANTHONY SOLIS |

Attorney for Defendant
Dwight Sityar

_____        _____
DATE                    DAVID KALOYANIDES

Attorney for Defendant
Stephani Gima

12/15/05                /s/ Brian Newman
_____        _____
DATE                    BRIAN NEWMAN

Attorney for Defendant
Joel Dimaano

# ORDER

IT IS SO FOUND AND ORDERED this _____ day of Dec., 2005.

/s/ Carla Woehrle
_____
HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

5

# CERTIFICATE OF SERVICE

I, YOLANDA AGUAYO, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and I am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of United States District Court for the Central District of California, at whose discretion I served a copy of: **STIPULATION REGARDING CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; (PROPOSED) FINDINGS AND ORDER**

Service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[X] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**SEE ATTACHED LIST**

This Certificate is executed on December 27, 2005, Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

YOLANDA AGUAYO

# SERVICE LIST
## U.S. v. VALENTE, ET AL.,

**VIA FACSIMILE:**

BILL PITMAN, ESQ.
Facsimile: (213) 629-0208

ERROL STAMBLER, ESQ.
Facsimile: (310) 470-3968

KIM SAVO, ESQ.
Facsimile: (213) 894-0081

PHIL DEITCH, ESQ.
Facsimile: (323) 938-3318

ANTHONY SOLIS
Facsimile: (213) 489-5923

DAVID KALOYANIDES
Facsimile: (626) 609-0305

BRIAN NEWMAN, ESQ.
Facsimile: (310) 337-0063

SCANNED