# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| Case No. | CR 05-1034 CW | Date | January 24, 2006 |
|---|---|---|---|

Present: The Honorable   CARLA M. WOEHRLE, U.S. MAGISTRATE JUDGE

Interpreter   N/A

| Donna Thomas | | Brian Hoffstadt |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael Fousse | | X | X | Philip Deitch | | X | |

**Proceedings:**  GUILTY PLEA AND SENTENCING

Defendant is sworn. The Court questions the defendant and defense counsel regarding the knowing and voluntary nature of the proposed plea and the terms of the plea agreement.

Court reads the charge and advises the defendant of the elements of the offense.

Defendant pleads guilty to the one-count Information.

After further questioning of defendant, Court orders the plea of guilty accepted and entered.

The hearing regarding sentencing will take place on **April 12, 2006 at 1:30 p.m.** in courtroom 640 of the Roybal Building.

cc: Probation Office
    PSA

Initials of Deputy Clerk

ENTER ON ICMS
MAR - 3 2006

| CR-11 (09/98) | CRIMINAL MINUTES - GENERAL | Page 1 of 1 |
|---|---|---|